| | |
|---|---|
| 1 | **GREENBERG TAURIG, LLP** |
| 2 | KARIN L. BOHMHOLDT (SBN 234929) |
|   | bohmholdtk@gtlaw.com |
| 3 | BLAKELEY S. ORANBURG (SBN 309732) |
| 4 | oranburgb@gmail.com |
|   | CATALINA V. KELLY (SBN 322643) |
| 5 | kellyca@gtlaw.com |
| 6 | 1840 Century Park East, Suite 1900 |
|   | Los Angeles, California 90067 |
| 7 | Telephone: (310) 586-7700 |
| 8 | Facsimile: (310) 586-7800 |

**DENIED by Order of the Court.**

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARGARETHA NATALIA WIDJAJA, an individual, | CASE NO. 2:19-cv-07825-MWF-AFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JPMORGAN CHASE BANK., N.A.'S UNOPPOSED APPLICATION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO LOCAL RULE 5-4.6.2** |
| v. | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |
| | Judge: Hon. Michael W. Fitzgerald |
| | Trial Date: None Set |
| | FAC Filed: August 29, 2019 |
| | Action Removed: September 10, 2019 |
| | SAC Filed: December 3, 2019 |
| | TAC Filed: April 27, 2020 |

[PROPOSED] ORDER

ACTIVE 63561246v1

**[PROPOSED] ORDER**

Upon application of Defendant JPMorgan Chase Bank, N.A. ("Chase") for Leave to File its Answer to Plaintiff Margaretha Natalia Widjaja's ("Plaintiff") Third Amended Complaint ("TAC"), and for good cause shown, IT IS HEREBY ORDERED that Chase's Answer to Plaintiff's TAC filed March 12, 2022 is deemed accepted and shall remain on the docket as is.

IT IS SO ORDERED.

Dated: March 15, 2022

**DENIED AS MOOT.**

_____
Hon. Michael W. Fitzgerald
U.S. District Court Judge