PARO ASTOURIAN, ESQ. (SBN 225488)
 paro@astourianlaw.com
JAMES R. GALLIVER, ESQ. (SBN 246466)
 j.galliver@astourianlaw.com
**ASTOURIAN & ASSOCIATES, INC.**
301 N. Lake Ave., Suite 1000
Pasadena, CA 91101
Tel: (626) 795-7922
Fax: (626) 795-6884

Attorneys for Plaintiff:
Margaretha Natalia Widjaja


Karin L. Bohmholdt, Esq. (SBN 234929)
Blakeley S. Oranburg, Esq. (SBN 309732)
Catalina V. Kelly (SBN 322643)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Email: bohmholdtk@gtlaw.com; oranburgb@gtlaw.com; kellyca@gtlaw.com
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant:
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARETHA NATALIA WIDJAJA, an individual, | Case No.: 2:19-cv-07825-MWF-AFM |
| Plaintiff, | Judge: Michael W. Fitzgerald |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | Trial Date: December 6, 2022 |

JOINT STIPULATION OF DISMISSAL

1

*ACTIVE 65544236v1*

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: June 14, 2022                    ASTOURIAN & ASSOCIATES, INC.

                                        By:    _/s/ Paro Astourian_
                                               Paro Astourian, Esq.
                                               Attorneys for plaintiff Margaretha Natalia Widjaja

Dated: June 14, 2022                    GREENBERG TRAURIG, LLP

                                        By:    _/s/ Karin L. Bohmholdt_
                                               Karin L. Bohmholdt, Esq.
                                               Attorneys for defendant JPMorgan Chase Bank, N.A.

## ECF CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the foregoing counsel, on whose behalf this filing is jointly submitted, have concurred in this filing's content and has authorized me to file this document.

                                        By: /s/ _Paro Astourian_
                                            Paro Astourian

JOINT STIPULATION OF DISMISSAL

2

ACTIVE 65544236v1